**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VINCENTE ORTIZ, | ) | No. CV 08-4274-CW |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| S. A. HOLENCIK (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition under 28 U.S.C. § 2241 is denied without prejudice to Petitioner's pursuit of a motion under 28 U.S.C. § 2255 in the United States District Court for the District of Arizona.

DATED: November 4, 2008

/s/
CARLA M. WOEHRLE
United States Magistrate Judge